O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANTHONY WESTERN,<br><br>          Petitioner,<br>   v.<br><br>L. S. McEWEN, Warden,<br><br>          Respondent. | Case No. CV 11-3983-JST (OP)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto. The Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

///

///

///

IT IS ORDERED that Judgment be entered: (1) accepting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: March 16, 2012

HONORABLE JOSEPHINE STATON TUCKER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge